```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  KATHRYN R. HAUN (DCBN 484131)
        Assistant United States Attorney
 5      450 Golden Gate Avenue
        San Francisco, California  94102
 6      Telephone: (415) 436-6740
        E-Mail: Kathryn.Haun@usdoj.gov
 7
    Attorneys for the United States
 8
 9                       UNITED STATES DISTRICT COURT
10                      NORTHERN DISTRICT OF CALIFORNIA
11
12                            SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   Criminal No.: 09 CR 0945 MHP
                                     )
14         Plaintiff,                )
                                     )
15      v.                           )
                                     )   [PROPOSED] ORDER EXCLUDING
16  RICARDO ORELLANA                 )   TIME FROM OCTOBER 19, 2009, TO
        a/k/a Ricardo Arellana       )   NOVEMBER 23, 2009
17      a/k/a Ricardo Orellano       )
                                     )
18         Defendant.                )
                                     )
19                                   )
                                     )
20
```

21      The parties appeared before the Honorable Marilyn Hall Patel on October 19, 2009. On the motion of the defendant, the Court found and held as follows:

    1. An exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 19, 2009, to November 23, 2009, in light of the need for continuity of counsel and effective preparation of the case by defendant's counsel. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to conduct further

[PROPOSED] ORDER EXCLUDING TIME
CR 09-0945 MHP

investigation.  Failure to grant the requested continuance would also deny the defendant continuity of counsel.

     2. Given these circumstances, the Court found that the ends of justice served by excluding the period from October 19, 2009 to November 23, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

     3. Accordingly, and with the consent of the defendant, the Court ordered that the period from October 19, 2009 to November 23, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED: October 19, 2009

/s/
KATHRYN R. HAUN
Assistant U.S. Attorney

/s/
JODI LINKER
Assistant Federal Public Defender
Counsel for Defendant

IT IS SO ORDERED.

DATED: October 23, 2009

THE HON. MARILYN HALL PATEL
United States District Court Judge

[~~PROPOSED~~] ORDER EXCLUDING TIME
CR 09-0945 MHP                    2