1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | CLAUDIA QUIROZ (CABN 254419)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7428

7 | FAX: (415) 436-7027
claudia.quiroz@usdoj.gov

8

Attorneys for United States of America

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,          )   NO. CR 09-0945 TEH
                                       )   NO. CR 14-0547 ~~EMC~~ TEH
15 |        Plaintiff,                  )
                                       )
16 |    v.                              )   **STIPULATION AND [~~PROPOSED~~] ORDER
                                       )   CONTINUING DATE OF SENTENCING
17 | RICARDO ORELLANA,                  )   HEARING AND SUPERVISED RELEASE
                                       )   REVOCATION HEARING**
18 |        Defendant.                  )
                                       )
19 | _____)

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF SENTENCING AND SUPERVISED RELEASE
REVOCATION HEARING

The Court has set February 9, 2015, at 2:15 p.m. as the date for Defendant Ricardo Orellana's Sentencing Hearing and Supervised Release Revocation Hearing.  Assistant United States Attorney Claudia Quiroz anticipates that she will be out of town and unavailable on February 9, 2015. Accordingly, the parties agree and respectfully request that the Court continue the date of the Sentencing and Supervised Release Revocation Hearings from February 9, 2015 to March 2, 2015.  The Probation Officer concurs with this request.

SO STIPULATED.

MELINDA HAAG
United States Attorney

DATED: January 12, 2015          ____/s/_____
CLAUDIA QUIROZ
Assistant United States Attorney


DATED: January 12, 2015          ___/s/_____
JODI LINKER
Attorney for Ricardo Orellana

### ECF ATTESTATION

I, Claudia A. Quiroz, attest that concurrence in e-filing this **STIPULATION** has been obtained from signatory Jodi Linker, in compliance with General Order 45, X.B.


DATED:  January 12, 2015          MELINDA HAAG
United States Attorney


By:   _____/s/_____
CLAUDIA A. QUIROZ
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF SENTENCING AND SUPERVISED RELEASE REVOCATION HEARING

**[PROPOSED] ORDER**

For the reasons stated above, the Court continues the Sentencing Hearing and Supervised Release Revocation Hearing in this matter from February 9, 2015 to March 2, 2015.

IT IS SO ORDERED.

DATED: 01/13/2015



_____
HON. THELTON E. HENDERSON
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF SENTENCING AND SUPERVISED RELEASE REVOCATION HEARING